AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

FILED
JUL 12 2021
Clerk, U.S Courts
District Of Montana
Missoula Division

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
|  | ) | MJ-21-72-M-KLD |
| VINCENT HARRY KOPACEK | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 8, 2021__ in the county of __Gallatin__ in the State and District of __Montana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2243(a) | Attempted sexual abuse of a minor, in violation of 18 U.S.C. § 2243(a) (Maximum penalty: 15 years imprisonment) |
| 18 U.S.C. § 2244(a)(3), | Abusive sexual contact (Maximum penalty: 2 years imprisonment) |
| 18 U.S.C. § 113(a)(5) | Assault within maritime and territorial jurisdiction (Maximum penalty: 1 year imprisonment) |

This criminal complaint is based on these facts:

Please see attached Affidavit, incorporated herein by reference.

☒ Continued on the attached sheet.

_Complainant's signature_

Matthew J. Deurmeier, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: July 12, 2021

_Judge's signature_

City and state: Missoula, Montana       Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
_Printed name and title_